**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kevin Coco,<br><br>              Plaintiff,<br>     v.<br><br>Credit Bureau Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.: 1:13-cv-10118-GAO<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 16, 2013

                                                                    Respectfully submitted,

                                                                    PLAINTIFF, Kevin Coco

                                                                    /s/ Sergei Lemberg

                                                                    Sergei Lemberg, Esq.
                                                                    B.B.O. No.: 650671
                                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                                    1100 Summer Street, 3rd Floor
                                                                    Stamford, CT 06905
                                                                    Telephone: (203) 653-2250
                                                                    Facsimile:  (203) 653-3424
                                                                    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg
                                            Sergei Lemberg