## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__KEVIN COCO_____
          Plaintiff

      V.

__CREDIT BUREAU COLLECTION SERVICES, INC., and DOES 1-10, inclusive__
          Defendant

CIVIL ACTION

NO. __13-10118-GAO__

## SETTLEMENT ORDER OF DISMISSAL

__O'TOOLE_____

The Court having been advised on __5/16/13_____ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty(60) days if settlement is not consummated.

By the Court,

__5/17/13_____                          __/s/ Paul Lyness_____
    Date                                               Deputy Clerk